WYC
F.# 2005R00940

★ SEPT 28 2005 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - -X
UNITED STATES OF AMERICA

    - against -

DOMINICK PIZZONIA,

              Defendant.

- - - - - - - - - - - - - -X

GENERAL UNSEALING ORDER
- AND -
LIMITED UNSEALING ORDER

Cr. No. 05-425 (S-1)(JBW)

      Upon the application of ROSLYNN R. MAUSKOPF, the United States Attorney for the Eastern District of New York, by Assistant United States Attorney Winston Y. Chan, and for good cause having been shown:

GENERAL UNSEALING ORDER

      IT IS HEREBY ORDERED that the Clerk of the Court unseal the above-captioned superseding indictment for all purposes;

LIMITED UNSEALING ORDER

      IT IS FURTHER ORDERED that the following items are unsealed for the limited purpose of allowing the government to provide the items and identify targets, without further application from the Court, to defense counsel and the Court in the above-captioned case at a time consistent with United States law and further orders of this Court: grand jury exhibits that must be disclosed by the government pursuant to Rule 16 of the Federal Rules of Criminal Procedure and grand jury and sealed

2

court transcripts may become subject to disclosure pursuant to 18 U.S.C. § 3500 (this Order does <u>not</u> obligate the government to disclose those items except as otherwise required under United States law and Orders of this Court).

DATED:     Brooklyn, New York
           September 22, 2005

                              SO ORDERED

                              s/Joan M. Azrack
                              THE HONORABLE JOAN M. AZRACK
                              Chief U.S. Magistrate Judge
                              Eastern District of New York